1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10              (HONORABLE LARRY A. BURNS)
11

12  MIGUEL   ANGEL   ZAMBRANO-      CASE NO.:   19CV2470-LAB
    CISNEROS,
13
                    Plaintiff,
14                                          **JUDGMENT AND ORDER TO
          v.                                DISMISS APPLICATION FOR WRIT
15                                          OF HABEAS CORPUS**
    William Pelham Barr, Attorney
16  General of the United States; David
    Harlow, Director, United States
17  Marshals Service; John Kelly,
    Secretary of the Department of
18  Homeland Security; and Steven C.
    Stafford, United States Marshals
19  Service for the Southern District of
    California,,
20
                    Defendant.
21

22

23       **IT IS HEREBY ORDERED** that the Notice of Voluntary Dismissal of

24  Application for Writ of Habeas Corpus be granted.

25

26  DATED: 4/22/2020
                          _____
27                        **Honorable Larry A. Burns**
                          **Chief United States District Judge**
28